HARRY FARBER v. ANNA KUPPERSMITH and Another.— Motion to dismiss

appeal granted, with ten dollars costs, unless appellant procure the appellant's points to be filed on or before December 20, 1927, and the appeal noticed for argument for January 20, 1928. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.